UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANA STEELE ANDERSON | CIVIL ACTION NO. |
| Plaintiff | JUDGE |
| VERSUS | MAGISTRATE |
| ST. TAMMANY PARISH HOSPITAL SERVICE DISTRICT NO. 2 D/B/A SLIDELL MEMORIAL HOSPITAL AND LLOYD R. LAMY | JURY TRIAL REQUESTED |
| Defendants | |

## COMPLAINT FOR DAMAGES

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:

The petition of Jana Steele Anderson, a full-age resident of Waverly, Tennessee, with respect represents that:

**1.**

Petitioner, Jana Steele Anderson, is a full-age resident of Waverly, Tennessee.

**2.**

Named defendants herein are St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell Memorial Hospital, a hospital service district organized and existing in the State of Louisiana; and Lloyd R. Lamy, a full-age resident of Long Beach, Mississippi.

**3.**

Jurisdiction is based upon the diversity of citizenship of the parties in accordance with 28 U.S.C.A. 1332.

**4.**

The amount in controversy herein exceeds $75,000 exclusive of interest and costs.

**5.**

At all material times, petitioner, Jana Steele Anderson, was a patient at Slidell Memorial Hospital.

**6.**

On the evening of September 6, 2010, petitioner was in her bed when nurse, Lloyd R. Lamy, in the course and scope of his employment with Slidell Memorial Hospital, came into her room. Without permission or consent, Nurse Lamy kissed petitioner in a lascivious and completely unwanted way. Petitioner immediately informed Nurse Lamy that his conduct was unacceptable.

**7.**

Later that evening, Nurse Lamy came into petitioner's room and sexually assaulted her without her consent or permission.

**8.**

The next morning, hospital employees were informed as to what Nurse Lamy had done. In multiple conversations with hospital representatives, petitioner was asked not to call the police so that the hospital could "take care of the matter" internally.

**9.**

When the hospital itself did not take appropriate action, petitioner's family called the police and Nurse Lamy was arrested. Although petitioner was still receiving intravenous antibiotic treatment, because of her embarrassment and discomfort, she left the hospital to continue her treatment at home.

**10.**

Petitioner has been severely and emotionally traumatized by the sexual assault she experienced. In addition, she was greatly concerned about the health of other patients. Because petitioner was suffering with a very severe infection known as MRSA, she is concerned that other patients being attended to by Nurse Lamy may have been contaminated with this infection. But despite her requests, the hospital refused to say that it would inform other patients of their possible contamination.

**11.**

At all material times, Nurse Lloyd Lamy was acting within the course and scope of his employment with the defendant, St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell

Memorial Hospital. And said defendant is liable under the doctrine of *respondeat superior* for the sexual assault he committed upon petitioner.

**12.**

Additionally, petitioner alleges that St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell Memorial Hospital is liable unto petitioner for negligence in the following particular respects:

(a) In negligently training, supervising, and retaining Lloyd Lamy where the hospital knew or should have known he had previously sexually assaulted hospital patients at the hospital;

(b) In failing to properly investigate, document, and follow up on earlier patient complaints of sexual harassment by the nurse Lloyd Lamy;

(c) In failing to properly respond to Jana Steele Anderson's complaints of sexual abuse in the following respects:

(1) In failing to notify her treating physician of the sexual abuse;

(2) In failing to offer her appropriate counseling;

(3) In failing to chart her complaint in her medical records;

  (4) In failing to notify the police within twenty-four (24) hours of her complaint as required by law.

(d) In failing to have a hospital policy governing the investigation, reporting, documenting and follow up of complaints of sexual abuse of patients in the hospital by hospital personnel; and

(e) Any and all other acts of negligence as shown by the evidence admitted herein.

**13.**

Petitioner alleges that defendant Lloyd Lamy is liable for the damages caused by his tortious conduct.

**14.**

Petitioner seeks such damages as are reasonable and just under the circumstances for the severe, physical and emotional trauma she has experienced and the permanent harm she has suffered.

**15.**

Plaintiff filed a lawsuit against Lloyd Lamy and Slidell Memorial Hospital on October 21, 2010, in the 22nd Judicial District Court for the Parish of St. Tammany, involving the matters and things involved in this case; additionally plaintiff filed a medical malpractice proceeding in accordance with LSA—R.S. 40:1299.41, et seq., on June 6, 2011.

**16.**

On January 24, 2013, the medical review panel issued its opinion that Slidell Memorial Hospital had breached the standard of care.

WHEREFORE, petitioner asks that this complaint be filed and that the defendants be cited to appear and answer same and that after all legal delays that there be judgment herein in favor of petitioner and against the defendants, *in solido¸* for such damages as are just under the circumstances, plus interest from the date of the medical review panel proceeding was initiated until paid, all costs of these proceedings, and for all general and equitable relief, and for trial by jury.

Respectfully submitted,

_____
Lawrence S. Kullman (No. 7884)
LEWIS, KULLMAN, STERBOW & ABRAMSON
2615 Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130-6030
Telephone: (504) 588-1500
Fax: (504)588-1514
Email: larrykul@lksalaw.com

and

                                        William J. Faustermann, Jr. (No. 5477)
                                        Faustermann Law Firm
                                        1411 Lindberg Drive
                                        Slidell, LA 70458
                                        Telephone: (985)649-6010
                                        Fax: (985)649-6693
                                        Email: bill@faustermannlawfirm.com
                                        ***Attorneys for Petitioner,***
                                        ***Jana Steele Anderson***

**PLEASE SERVE:**
ST. TAMMANY PARISH HOSPITAL SERVICE DISTRICT NO. 2
D/B/A SLIDELL MEMORIAL HOSPITAL
Through its agent for service of process:
Mr. Bill Davis
Chief Executive Officer
Slidell Memorial Hospital
1001 Gause Boulevard
Slidell, Louisiana

LLOYD R. LAMY
Through the Louisiana Long-Arm Statute:
912 Marjorie Street
Long Beach, Mississippi